UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bernhard Kühmstedt, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Condé Nast Americas Holdings, Inc., d/b/a Glamour; and DOES 1-10,<br><br>Defendants. | Case No.: 1:23-cv-01176 (AKH)<br><br>~~[PROPOSED]~~ JUDGMENT |

## ~~[PROPOSED]~~ JUDGMENT

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against Defendant Condé Nast Americas Holdings, Inc., and in favor of Plaintiff Bernhard Kühmstedt, in the amount certain of Three Thousand United States Dollars and Zero Cents ($3,000.00); and

2. Condé Nast Americas Holdings, Inc. shall pay this judgment within thirty (30) days of its entry.

IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.

Dated: *May 31*, 2023      By: _____
                                  HONORABLE ALVIN K. HELLERSTEIN
                                  UNITED STATES DISTRICT JUDGE

1